1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT  P. BENYAMINI,

11          Plaintiff,                    No. CIV S-09-2323 DAD P

12      vs.

13   T. FORSTHY, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights complaint

17   pursuant to 42 U.S.C. § 1983.  On October 6, 2009, the court ordered petitioner to submit either

18   the filing fee or a properly completed application to proceed in forma pauperis.  On October 20,

19   2009, plaintiff filed a motion requesting that this action be stayed because he suffers from several

20   medical conditions, is in need of gallbladder surgery, and takes medications that affect his

21   concentration.  The court will grant plaintiff an extension of time to submit his in forma pauperis

22   application; however, the court will not stay this action.  Plaintiff is cautioned that he must

23   diligently proceed with this action, and if he is unable to do so, he may request that this action be

24   voluntarily dismissed without prejudice and re-file his action at a later date.  See Fed. R. Civ. P.

25   41(b).

26   ////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's October 20, 2009 motion for a stay (Doc. No. 4) is denied; and

3    2.  Plaintiff is granted thirty days from the date of this order to submit either the

4  filing fee or an application requesting leave to proceed in forma pauperis.  Plaintiff's failure to

5  comply with this order will result in a recommendation that this action be dismissed without

6  prejudice.

7  DATED: October 30, 2009.

8

9                                        _____
                                         DALE A. DROZD
10                                       UNITED STATES MAGISTRATE JUDGE

11  DAD:4
    beny2323.msty
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2