IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

    Plaintiff,                         No. CIV S-09-2323 DAD P

    vs.

T. FORSTHY, et al.,

    Defendants.                     <u>ORDER</u>

                                      /

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 29, 2010, the court dismissed plaintiff's complaint and granted him leave to file an amended complaint within thirty days.  Plaintiff has filed a request for reconsideration of that order.

           Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Judge to the case at this time.

DATED: June 14, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ben2323.djassign

1