IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                      No. CIV S-09-2323 FCD DAD P

    vs.

T. FORSTHY, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2010, the court filed findings and recommendations recommending that this case be dismissed due to plaintiff's failure to file an amended complaint as ordered by the court on June 28, 2010. Plaintiff has filed objections contending that he has been "waiting [for a] reply to an [sic] motion for stay I sent to the courts, via institutional mail on 6-30-10[.]" (Objections at 1.) There is no record that a motion for stay was filed with the court by plaintiff on or about June 30, 2010. However, on November 2, 2009, the court denied plaintiff's motion for stay in which he requested a stay of this action because of his medical conditions and medications affecting his concentration. Plaintiff was cautioned at that time that he must diligently proceed with this action and if he was unable to do so, he could request that this action be voluntarily dismissed without prejudice.

1

Therefore, the court will not entertain any further motions from plaintiff requesting a stay of this action.

Plaintiff will be provided a final opportunity to file his amended complaint. If he fails to do so, the undersigned's findings and recommendations recommending dismissal of this action without prejudice will be submitted to the assigned District Judge for his consideration.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall file his amended complaint as set forth in the court's April 29, 2010 order. Should plaintiff fail to comply with this order, the findings and recommendations, filed on July 20, 2010, recommending that his action be dismissed without prejudice will be submitted to the assigned District Judge.

DATED: August 13, 2010.

DAD:4
beny2323.obj

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2