IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                        No. CIV S-09-2323 FCD DAD P

   vs.

T. FORSTHY, et al.,

      Defendants.           <u>ORDER</u>

                             /

         On May 26, 2011, the Magistrate Judge issued an order denying plaintiff's request for the appointment of counsel. On July 26, 2011, plaintiff filed objections to the court's order which is construed as a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of May 26, 2011 is therefore untimely.

         Nevertheless, the court will consider plaintiff's request for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's July 26, 2011
2 objections, construed as a request for reconsideration of the magistrate judge's May 26, 2011
3 order, is affirmed.
4 DATED: August 10, 2011.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE