IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

     Plaintiff,                    No. 2:09-cv-02323-GEB-DAD P

  vs.

T. FORSTHY, et al.,

     Defendants.             <u>ORDER</u>

                             /

        On June 8, 2012, plaintiff filed a document styled, "Motion for Correction and Reconsideration of Order dated May 31-2012." (Doc. No. 54.) For the reasons set forth below, the motion will be denied.

        This civil rights action was closed on June 1, 2012. On that date the assigned District Judge adopted the undersigned's findings and recommendations of April 17, 2012, and dismissed this action due to plaintiff's repeated failure to complete and submit the USM-285 forms that he had been provided along with copies of his amended complaint, which were required in order to effect service on the defendants.[1] (Doc. No. 52.) Judgment was entered in

---

[1] In those findings and recommendations the undersigned detailed plaintiff's repeated failures to comply with the court's orders with respect to the submission of the USM-285 forms required to effect service on the seven defendants. (Doc. No. 49.) Specifically, it was noted that

1

this action on that same day. (Doc. No. 53.)

Plaintiff's hand-written motion for reconsideration dated June 5, 2012 and received by the court on June 8, 2012, is difficult to decipher. It appears that therein plaintiff complains about difficulties he has encountered in identifying, for purposes of service, the defendants named in his original complaint, being denied access to his legal property at times and not receiving legal mail on a timely basis after being transferred to different institutions and facilities.

As noted in the court's previous findings and recommendations and orders, this action was initiated by plaintiff in August of 2009 and since April 28, 2011, plaintiff has repeatedly disregarded the court's orders to submit a completed USM-285 form with respect to each of the seven named defendants upon which the court had authorized service. It is plaintiff's own repeated failure over a year long period to comply with that order which finally resulted in the dismissal of this action on June 1, 2012. Nothing in the pending motion for reconsideration explains plaintiff's repeated failure to comply with the court's orders which would have been easily complied with, even without access to his legal materials.

Accordingly, it is hereby ordered as follows:

1. Plaintiff's motion for a stay filed April 17, 2012 (Doc. No. 50), is denied for the reasons set forth in the assigned District Judge's order of June 1, 2012. (See Doc. No. 52 at 1, n.1);

2. Plaintiff's motion for reconsideration filed June 8, 2012 (Doc. No. 54) is denied; and

---

plaintiff had instead elected to file multiple motions seeking stays or leave to file a second amended complaint, along with interlocutory appeals. (See Doc. No. 23, 30, and 40.) He also failed to comply with those orders despite, on three occasions, being provided with the forms for effecting service on the authorized defendants. In addition, it was noted that plaintiff had repeatedly failed to heed warnings that he was required to comply with the court's orders and submit the required documents as directed or the court would have no choice but to dismiss his complaint. (See Doc. No. 30 at 2.)

3. Plaintiff is advised that any further documents he files after the date this action was closed will be disregarded and no orders will issue in response to future filings.[2]

DATED: June 12, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
beny2323.58

---

[2] If plaintiff wishes to appeal from the judgment entered in this action, he must file a notice of appeal within thirty days after entry of the judgment. See Rule 4, Federal Rules of Appellate Procedure. Any such notice of appeal must also comply with the requirements of Rule 3 of the Federal Rules of Appellate Procedure.